Jonathan B. Paul (SBN 215884)
**RIVERA HEWITT PAUL LLP**
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
T: (916) 922-1200
F: (916) 922-1303
E: jpaul@rhplawyers.com

Attorneys for Defendants
City of Modesto and Samuel Muncy

JOHN L. BURRIS (SBN 69888)
BENJAMIN NISENBAUM (SBN 222173)
JAMES COOK (SBN 300212)
KATHERINE MACELHINEY (SBN 355532)
**BURRIS NISENBAUM CURRY & LACY**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
James.Cook@johnburrislaw.com
Ben.Nisenbaum@bcnllaw.com
Katherine@bncllaw.com

Attorneys for Plaintiffs:
Hu.H., a minor, individually and as co-successor -in interest to Decedent SPENCER HERCKT; and Ho.H., a minor, individually and as co-successor -in interest to Decedent SPENCER HERCKT

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hu.H., individually and as co-successor-in interest to Decedent SPENCER HERCHT; Ho.H., individually and as co-successor-in interest to Decedent SPENCER HERCKT,<br><br>          Plaintiffs,<br><br>v.<br><br>CITY OF MODESTO a municipal corporation; SAMUEL MUNCY, individually and in his capacity as a police officer for CITY OF MODESTO; LEWIS SARGENT, individually, and in his capacity as a police officer for CITY OF MODESTO; MARTIN LEMUS, individually, and in his capacity as a police officer for CITY OF MODESTO; ORRIN NELSON, individually, and in his capacity as a police officer for CITY OF MODESTO; JOSHUA SHACKLEFORD, individually, and in his capacity as a police officer for CITY OF MODESTO; YAIR OAXACA, individually, and in his capacity as a police officer for CITY OF MODESTO; | Case No. 2:25-cv-01301-DJC-JDP<br><br>**ORDER RE. STIPULATION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING RE: DEFENDANTS MARTIN LEMUS, ORRIN NELSON, YAIR OAXACA, GALEN CARROLL AND RICK ARMENDARIZ**<br><br>**[E.D. Cal. L.R. 144(a)]** |

1  GALEN CARROLL, in his official capacity
   as the Chief of Police for the CITY OF
2  MODESTO; RICK ARMENDARIZ, in his
   official capacity as the Assistant Chief of
3  Police for the CITY OF MODESTO; DAVID
   VAN DIEMEN, in his official capacity as a
4  police captain for the CITY OF MODESTO;
   CRAIG GUNDLACH, in his official capacity
5  as a police captain for the CITY OF
   MODESTO; JASON GROGAN, in his
6  official capacity as a police lieutenant for
   the CITY OF MODESTO; and DOES 1-50,
7  inclusive,

8          Defendants.

9

10

11                              **ORDER**

12         GOOD CAUSE having been shown, the parties stipulation for an extension of time

13  for Defendants MARTIN LEMUS, ORRIN NELSON, YAIR OAXACA, GALEN CARROLL

14  AND RICK ARMENDARIZ to file a responsive pleading to Plaintiff's Complaint (Doc. 1) is

15  HEREBY GRANTED. Defendants shall file and serve their responsive pleading(s) to

16  Plaintiff's Complaint for Damages no later than twenty-eight (28) days from the filing of the

17  stipulation and this proposed order.

18

19  **IT IS SO ORDERED**.

20

21  Dated: November 4, 2025          ___/s/ Daniel Calabretta_____
                                     Hon. Daniel J. Calabretta
22                                   United States District Judge

23

24

25

26

27

28

Order Re. Stipulation for an Extension of Time to File a Responsive Pleading