JOHN L. BURRIS Esq., SBN 69888
BENJAMIN NISENBAUM, Esq., SBN 222173
JAMES COOK Esq., SBN 300212
KATHERINE MACELHINEY Esq., SBN 355532
**BURRIS NISENBAUM CURRY & LACY, LLP**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (844) 273-6873
john.burris@johnburrislaw.com
ben.nisenbaum@johnburrislaw.com
james.cook@johnburrislaw.com
Katherine@bncllaw.com

Attorneys for Plaintiffs,
Hu.H. and Ho.H.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HU.H., individually and as co-successor-in interest to Decedent SPENCER HERCKT, HO.H., individually and as co-successor-in interest to Decedent SPENCER HERCKT,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MODESTO, ET AL.,<br><br>Defendants. | CASE NO.: 2:25-cv-01301-JDP<br><br>**REQUEST AND ORDER TO DISMISS DEFENDANTS JASON GROGAN, JOSHUA SHACKLEFORD, AND DAVID VAN DIEMAN WITHOUT PREJUDICE** |

Plaintiffs respectfully submit the following request and proposed order to dismiss defendants Jason Grogan, Joshua Shackleford, and David Van Dieman without prejudice.

Whereas, Counsel for the served defendants indicated that they could not accept service for Defendants Jason Grogan, Joshua Shackleford, and David Van Dieman.

*Hu.H., et al. v City of Modesto, et al.*

1

Whereas, Plaintiffs have been unable to find or serve Defendants Jason Grogan, Joshua Shackleford, and David Van Dieman.

Whereas, Plaintiffs request to dismiss Defendants Jason Grogan, Joshua Shackleford, and David Van Dieman without prejudice.

Respectfully Submitted

Dated: March 23, 2026                                   **BURRIS NISENBAUM CURRY & LACY, LLP**

/s/ *James Cook*
John Burris, Esq.
Ben Nisenbaum, Esq.
James Cook, Esq.
Katherine MacElhiney

Attorneys for Plaintiffs
JENNIFER HERCKT, et al.

## **ORDER**

With good cause appearing, IT IS HEREBY ORDERED that Defendants Jason Grogan, Joshua Shackleford, and David Van Dieman are dismissed without prejudice.

IT IS SO ORDERED.

Dated:  March 23, 2026                                   /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

*Hu.H., et al. v City of Modesto, et al.*

2